Submitted on remand from the Oregon Supreme Court May 11, reversed and remanded July 5, 2001

STATE OF OREGON,
*Respondent,*

*v.*

DALE RUSSELL REIER,
*Appellant.*

92-1270; A77964

27 P3d 170

Sally L. Avera, Public Defender, and Stephen J. Williams, Deputy Public Defender, for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janie M. Burcart, Assistant Attorney General, for respondent.

Before Deits, Chief Judge, and Haselton and Brewer, Judges.

PER CURIAM

Reversed and remanded. *State v. Fleetwood,* 331 Or 511, 16 P3d 503 (2000).